IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Docket No. 4:12-cr-40005-002(SOH) |
| | § | |
| CHRYSTAL LYNN LARCADE | § | |

## ORDER TO FILE UNDER SEAL

Now on this 19th day of March, 2014, came on for consideration the Defendant's Motion to File Under Seal, and upon consideration of same, the Court is of the opinion that said Motion should be granted.

NOW THEREFORE, it is ordered that the Defendant's Sentencing Memorandum be filed in the above-entitled and numbered cause **UNDER SEAL**.

Entered on this 19th day of March, 2014.

/s/ Susan O. Hickey
**SUSAN O. HICKEY**
**UNITED STATES DISTRICT JUDGE**